**Order filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00198-CV
_____

**LAND-AIR MEDICAL TRANSPORT, INC., Appellant**

**V.**

**CONCORD EMS, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1120700**

---

# O R D E R

Appellant's brief was due September 30, 2020. No brief or motion for extension of time was filed. On October 13, 2020, we issued an order stating we would dismiss the appeal if appellant did not file a brief by October 30, 2020.

On October 30, 2020, appellant filed a motion to extend time to file its brief. We granted appellant an extension until November 16, 2020. On November 13,

2020, appellant filed another motion to extend time to file its brief. We granted appellant's request until November 30, 2020.

As of today, no brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **December 30, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Bourliot, and Spain.